IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WILLIE CLARENCE WEST, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 109-138 |
| PARDON AND PAROLE BOARD MEMBERS, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's objections to the Magistrate Judge's March 11, 2009 Order (doc. no. 10) are deemed **MOOT**. The Chief of the Louisville Parole Office and the Commissioner of the Georgia Department of Corrections are **DISMISSED**, and Plaintiff's claims concerning his parole status and the alleged retaliation by the Georgia Department of Corrections are **DISMISSED** for failure to state a claim upon which relief can be granted. Plaintiff's claims arising at Georgia Diagnostic and Classification State Prison concerning the conditions of confinement are **DISMISSED** without prejudice so that Plaintiff may, if he chooses, bring those claims in the United States District Court for the Middle District of

Georgia, and this civil action is **CLOSED**.

SO ORDERED this 27th day of May, 2010, at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE